# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:18-cv-04230-FB-LB                                           Purchased/Filed: July 26, 2018

STATE OF NEW YORK        UNITED STATES DISTRICT COURT        EASTERN DISTRICT OF NEW YORK

---

*SAID ALY, JULIO ULLOAN AND RICHARD DICRESCENTO, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED*                                                                 Plaintiff

against

*DR. PEPPER SNAPPLE GROUP, INC., ET AL*                                                              Defendant

---

STATE OF NEW YORK  }  SS.:
COUNTY OF ALBANY   }

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____August 15, 2018_____, at _____11:45am_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

_____THE AMERICAN BOTTLING COMPANY_____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section _____306 Business Corporation Law_____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55-60__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__
Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this
__15th__ day of _____August, 2018_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # SP1811750

*CORPORATE SERVICE BUREAU INC.. 283 WASHINGTON AVENUE. ALBANY. NEW YORK 12206*