# PARDALIS & NOHAVICKA, LLP
### ATTORNEYS

**VIA ECF**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-  January 22, 2019

Honorable Judge Lois Bloom
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Aly et al v. Dr Pepper Snapple Group, Inc. et al
               Civ Case No.: 1:18-cv-04230-FB-LB

Dear Honorable Judge Bloom :

    This firm represents Said Aly, Julio Ulloa, and Richard Dicrescento in connection with the above-referenced matter. We write, with the consent of Defendants counsel, to respectfully request a brief adjournment of the Initial Pretrial Conference currently scheduled before your Honor on February 7, 2019 at 11:30 AM.

    Plaintiffs make this request due to a scheduling conflict. More specifically, Plaintiffs' counsel have a court ordered mediation that has been scheduled for the same day of the conference. The mediation involves multiple parties and attorneys and cannot be rescheduled.

    At this time, this brief adjournment should not affect any of the proposed scheduled dates. No prior request has been made for an adjournment of the Initial Pretrial Conference.

    We thank your Honor for your consideration of this request.

                    Very truly yours,

                 **PARDALIS & NOHAVICKA, LLP**

                By:    /s/ Ariadne Panagopoulou
                        ARIADNE PANAGOPOULOU

35-10 BROADWAY, SUITE 201, ASTORIA, NY 11106 | 950 THIRD AVENUE, 25TH FLOOR, NEW YORK, NY 10022
P: 718.777.0400 | F: 718.777.0599 | contact@pnlawyers.com | www.pnlawyers.com