# RULE 26(f) MEETING REPORT

**CASE NAME:** *Aly, et al. v. Dr. Pepper Snapple Group, Inc., et al.*

**DOCKET NO.:** *18-CV-4230 (FB)(LB)*

Have the parties met and conferred?  Yes.  Date?  Feb. 5, 2019.

Date the Rule 26(a)(1) initial disclosures were exchanged?  Parties to exchange by Feb. 12, 2019.

## Proposed Discovery Plan

1. Deadline for parties to provide properly executed authorizations/releases:  March 1, 2019.

2. Deadline to join new parties or amend the pleadings:  March 15, 2019.

3. Should any changes be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or by local rule? Yes __ No _x_

4. Deadline to file any protective order:  March 15, 2019.

5. The parties shall complete all fact discovery by:  August 16, 2019.

6. The parties shall complete expert discovery, if necessary, by:  October 4, 2019.

7. The parties shall file any pre-motion conference request in conformity with Judge Block's individual rules by:  October 18, 2019.

8. Should the Court hold an early settlement conference in this action? Yes __ No _x_

9. Have the parties agreed to a plan regarding electronic discovery? Yes __ No _x_

10. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined) Yes __ No _x_